IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01693–WYD–KMT

LESLIE MARTINEZ,

    Plaintiff,

v.

MARILYN ROWE, DDS, and
PLAN DE SALUD DEL VALLE, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Amended [sic] Paragraph 11 of Defendant's Amended Answer" (Doc. No. 12, filed September 19, 2011) is GRANTED. Defendants shall file their Amended Answer no later than September 21, 2011.

Dated: September 19, 2011