IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01693-WYD-KMT

LESLIE MARTINEZ,

    Plaintiff,

v.

MARILYN ROWE, DDS; and
PLAN de SALUD del VALLE, INC.,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal filed February 21, 2012.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion for Dismissal is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

Dated:  February 21, 2012.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        Chief United States District Judge